# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NANCY DOMIANO-SADER,

    Plaintiff,

v.

HOWARD L. SKOLNIK, et al.,

    Defendants.

Case No. 2:09-CV-01977-KJD-RJJ

**ORDER**

Pursuant to Fed. R. Civ. P. 4(m), a Plaintiff must serve a copy of summons and complaint upon all defendants within 120 days of the filing of the complaint. Failure to provide proof of proper notice of service will result in dismissal of the action.

Here, Plaintiff's Complaint was filed on October 13, 2009. Accordingly, pursuant to Rule 4(m) service was required upon all Defendants on or before February 10, 2010. On April 6, 2010, the Court issued a Notice of Intent to Dismiss Pursuant to Rule 4(m) (#2) which stated that failure to file proof of proper service of a summons and complaint by September 3, 2010, would result in dismissal of the action. To date, no proof of proper service of summons and complaint for any Defendant has been filed.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice.

DATED this 1st day of November, 2010.

_____
Kent J. Dawson
United States District Judge